# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES SNELL d/b/a OUTDOOR EXPRESSIONS,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **CIVIL ACTION NO. 21-0229-CG-M** ) |
| **UNITED SPECIALTY INSURANCE COMPANY,** | ) ) ) |
| Defendant. | |

## JUDGMENT

In accordance with the Court's order entered this date granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **UNITED SPECIALTY INSURANCE COMPANY**, and against Plaintiff, **JAMES SNELL d/b/a OUTDOOR EXPRESSIONS**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 6th day of July, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE